**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-6834**

─────────────

TIMOTHY JOHNSON, a/k/a Timothy L. Johnson,

        Petitioner - Appellant,

    v.

S. JACKSON,

        Respondent - Appellee.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Florence. Sherri A. Lydon, District Judge.  (4:23-cv-01753-SAL)

─────────────

Submitted:  November 14, 2024          Decided:  November 19, 2024

─────────────

Before THACKER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Timothy L. Johnson, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Johnson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing as untimely Johnson's 28 U.S.C. § 2254 petition. *See Gonzalez v. Thaler*, 565 U.S. 134, 148 & n.9 (2012) (explaining that § 2254 petitions are subject to one-year statute of limitations, running from latest of four commencement dates enumerated in 28 U.S.C. § 2244(d)(1)). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez*, 565 U.S. at 140-41 (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Johnson has not made the requisite showing. Johnson filed his § 2254 petition more than a year after the statute of limitations had run. Moreover, as the district court correctly concluded, Johnson's claim that he attempted to file his second collateral challenge in state court sooner than he did fails to demonstrate that he is entitled to equitable tolling of the limitations period. Therefore, his petition was untimely.

2

Accordingly, we deny a certificate of appealability and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*